# United States District Court

Eastern DISTRICT OF Virginia

## CRIMINAL MINUTES

Proceedings before Magistrate: Novak Dated: 9/26/14 Tape: FTR

CRIMINAL CASE No. 02CR279-02

UNITED STATES OF AMERICA

v.

Barron Welford Payton

: Initial/Preliminary Hearing    (✓)
: Arraignment/Trial    ( )
: Probation/Identity    ( )
: Rule 5(a)/Bond Hearing    (✓)
: Sentencing    ( )
: Other _____    ( )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Officer-Agency

AUSA Dominic Gerace

Counsel Elizabeth Hanes

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MINUTES: Matter came on for initial appearance on supervised release violation. Dft advised of charges. Gov't withdrew request for detention. Supervised release violation hearing set for October 22 2014 at 9:30 AM. Dft released on same conditions of supervised release previously imposed.

PRESENTENCE REPORT ORDERED: _____

DEFENDANT RELEASED ON BOND: _____

JUDGMENT: _____

SENTENCE: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Case Set: _____ Case Called: 1:34 Case Ended: 1:38 Total: :04